

BRIAN S. KABATECK, SBN 152054
(bsk@kbklawyers.com)
RICHARD L. KELLNER, SBN 171416
(rlk@kbklawyers.com)
JOSHUA H. HAFFNER, SBN 188652
(jhh@kbklawyers.com)
LINA B. MELIDONIAN, SBN 245283
(lm@kbklawyers.com)
KABATECK BROWN KELLNER LLP
644 South Figueroa Street
Los Angeles, California 90017
Telephone: (213) 217-5000
Facsimile: (213) 217-5010

RICHARD B. WENTZ, SBN 120380
(rick.wentz@gmail.com)
JEAN M. WENTZ, SBN 139340
(jean.wentz@gmail.com)
THE WENTZ LAW FIRM
2955 East Hillcrest Drive, Suite 123
Thousand Oaks, CA 91362
Telephone: (805) 374-0060
Facsimile: (888) 855-8124

ANDREW N. FRIEDMAN
(afriedman@cohenmilstein.com)
DOUGLAS J. MCNAMARA
(dmcnamara@cohenmilstein.com)
STEFANIE M. RAMIREZ
(sramirez@cohenmilstein.com)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue, NW, Suite 500
Washington, DC 20005

Attorneys for Plaintiff, on behalf of herself and all others similarly situated

JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JO ANN ZEPHYR, on behalf of herself and all others similarly situated;

Plaintiff,

vs.

SAXON MORTGAGE SERVICES INC., a Texas Corporation and DOES 1 through 10 inclusive;

Defendants.

CASE NO. CV11-5623 RGK (CWX)

**[PROPOSED ORDER] RE PLAINTIFF'S *EX PARTE* APPLICATION TO DISMISS ACTION PER FRCP 41(a)(2)**

Judge: Hon. R. Gary Klausner

Having reviewed the *ex parte* application submitted by Plaintiff Jo Ann Zephyr, and all related documents and good cause appearing,

**IT IS HEREBY ORDERED** that the *ex parte* application is granted and the above-captioned civil litigation, styled *Zephyr v. Saxon Mortgage Services, Inc.* CV11-5623 RGK (CWX) (originally filed as Case No. Case No. BC461479) in the Superior Court of California for the County of Los Angeles) shall be dismissed without prejudice.

Dated: 09.27.11

Judge R. Gary Klausner
U.S. Central District of California